IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Matthew Sonny Clauschee,<br><br>　　　　Defendant. | 08-04119MP-001-PCT-MEA<br><br>**ORDER** |

　　　The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraph A and Paragraph C of the Petition to Revoke Probation.

　　　IT IS ORDERED terminating the defendant's unsupervised probation as unsuccessfully completed.

　　　IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **TWENTY-NINE (29) DAYS** on each Citation, with credit for time served. Said terms shall run concurrently.

　　　IT IS FURTHER ORDERED that Paragraph B of the Petition to Revoke is DISMISSED.

　　　DATED this 21st day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　Mark E. Aspey
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge